UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PAMELA JOY HINZ, | Case No.: CIV-10-04767 SBA |
| Plaintiff, | XXXXXXX ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties and showing good cause for a requested first extension of time for Plaintiff to file a motion for summary judgment, the request is hereby APPROVED.

Plaintiff shall file her motion for summary judgment on or before March 24, 2011.

IT IS SO ORDERED.

DATED: 1/3/11

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

3